# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Benjamin Gatti,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                 3:04cv285

The Village of Lake Park,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/28/07 Order.

Signed: July 12, 2007

Frank G. Johns, Clerk
United States District Court